# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA -

# FRESNO DIVISION

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NEHEMIAH JOEL PRICE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:19-cv-00258-LJO-EPG<br><br>**ORDER APPROVING THE PARTIES' STIPULATION REGARDING DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>**(ECF No. 11)** |

Pursuant to the stipulation of the Parties (ECF No. 11), and as discussed during the Scheduling Conference held on May 30, 2019,

IT IS ORDERED:

1. The last day for Moving Party to file dispositive motions is April 1, 2020;
2. The last day to hear dispositive motions is Friday, June 5, 2020;
3. Any opposition to any dispositive motion shall be filed and served no later than twenty-one days after the date of filing of the dispositive motion by the moving party;
4. Any reply to the opposition to the dispositive motion shall be filed and served no later than fourteen days after the date of filing of the opposition to the dispositive motion; and

1.

**ORDER APPROVING THE PARTIES' STIPULATION REGARDING DISPOSITIVE MOTION BRIEFING SCHEDULE**

CASE NO.:1:19-CV-00258

5. Any hearing on any of the Parties' dispositive motions shall be set no earlier than forty-two days after the filing and service of Moving Party's dispositive motion.
6. Within two-weeks of the ruling on dispositive motions, the parties shall file a joint status report. The parties shall include in the status report a proposed schedule for the remainder of the case.

**IT IS SO ORDERED.**

Dated: **June 7, 2019**             /s/ *Erin P. Gross*
                                         UNITED STATES MAGISTRATE JUDGE

**ORDER APPROVING THE PARTIES' STIPULATION REGARDING DISPOSITIVE MOTION BRIEFING SCHEDULE**                    CASE NO.:1:19-CV-00258