| | |
|---|---|
| 1<br>2<br>3<br>4 | **THE COSTA LAW FIRM**<br>DANIEL P. COSTA, State Bar No. 110919<br>DAVID D. MACMILLAN, State Bar No. 113185<br>2489 Sunrise Blvd., Ste. A<br>Gold River, California 95670<br>Tel: (916) 400-2734<br>Fax: (916) 400-2744 |

Attorneys for Defendant
NEHEMIAH JOEL PRICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, a Washington corporation,<br><br>Plaintiffs,<br>vs.<br><br>NEHEMIAH JOEL PRICE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | **Case No**.: 1:19-cv-00258-LJO-EPG<br><br>**STIPULATION OF PARTIES TO EXTEND HEARING DATE ON PLAINTIFF GRANGE'S MOTION FOR SUMMARY JUDGMENT FROM DECEMBER 12, 2019 TO DECEMBER 17, 2019**<br><br>**(ECF No. 19)** |

THE PARTIES STIPULATE AS FOLLOWS:

COME NOW DEFENDANT NEHEMIAH JOEL PRICE and Plaintiff GRANGE INSURANCE ASSOCIATION ("GRANGE") by and through their respective attorneys of record, and stipulate as follows**:**

FACTS RE: REASON FOR STIPULATION:

The hearing on Plaintiff GRANGE's Motion for Summary Judgment is presently set for December 12, 2019. The parties are seeking a brief extension of the hearing date to December 17, 2019. This extension, if the Court so orders, will provide the parties limited additional time in which to file their intended Opposition to Motion for Summary Judgement and a Reply to such Opposition, if warranted.

////

---
**STIPULATION OF PARTIES TO EXTEND HEARING DATE ON PLAINTIFF GRANGE'S MOTION FOR SUMMARY JUDGMENT FROM DECEMBER 12, 2019 TO DECEMBER 17, 2019** .– 1 –

STIPULATION:

The Parties hereby stipulate to the extension of the hearing date from December 12, 2019 to December 17, 2019. The hearing will take place in Courtroom 4 in the Fresno Courthouse at 8:30 a.m.

**IT IS SO STIPULATED.**

DATED: November_____, 2019                **THE COSTA LAW FIRM**


**/S/ Daniel P. Costa**_____
DANIEL P. COSTA, Esq.
DAVID D. MACMILLAN, Esq.
Attorneys for Defendant
NEHEMIAH JOEL PRICE


DATED: November_____, 2019                **WOLKIN CURRAN, LLP**


**/S/ Catharine M. Tolson**_____
CATHARINE M. TOLSON, Esq.
Attorneys for Plaintiff
GRANGE INSURANCE ASSOCIATION

---

**ORDER**

Pursuant to the stipulation of the Parties (ECF No. 19), IT IS ORDERED that the hearing on Plaintiff's motion for summary judgment, currently set for December 12, 2019, is continued to **December 17, 2019, at 8:30 a.m.**, in Courtroom 4 (LJO) before Chief District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: **November 25, 2019**          /s/ Erica P. Grosjean
          UNITED STATES MAGISTRATE JUDGE

---

**STIPULATION OF PARTIES TO EXTEND HEARING DATE ON PLAINTIFF GRANGE'S MOTION FOR SUMMARY JUDGMENT FROM DECEMBER 12, 2019 TO DECEMBER 17, 2019** .- 3 -