UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEHEMIAH JOEL PRICE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | No. 1:19-cv-00258-NONE-EPG<br><br><u>JUDGMENT IN FAVOR OF GRANGE INSURANCE ASSOCIATION</u> |

The court, having found it appropriate to rule on plaintiff Grange Insurance Association's ("Grange") Motion for Summary Judgment without oral argument pursuant to Local Rule 230(g), and the evidence and issues presented having been fully considered and a decision having been duly rendered (*see* Doc. No. 28),

IT IS ORDERED AND ADJUDGED that Grange's motion for summary judgment, (Doc. No. 16), is GRANTED, and declaratory judgment is hereby entered in favor of Grange and against Nehemiah Joel Price that under the terms of the policy of insurance issued by Grange to Nehemiah Joel Price, Grange does not owe a duty to defend its insured for the claims and allegations alleged in the underlying action *Mays, et al. v. Modesto Irrigation District, et al.,* Stanislaus County Superior Court, Case No. CV-19-000056.

/////

1

Grange, as prevailing party, may recover its costs as allowable by law.

The Clerk of Court is directed to assign a district judge to this case for the purposes of closure and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: __October 5, 2020__         _____
                                                                        UNITED STATES DISTRICT JUDGE